## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VIJOY JACOB AND SUSAN JACOB** * | | **CIVIL ACTION** |
| * | | |
| **VERSUS** * | | **NO. 10-1889** |
| * | | |
| **LANDSTAR LIGON, INC.,** * | | **SECT. L    MAG. 2** |
| **CHARLES MOORE AND RONNIE GOINS** * | | |
| ****************************************************** | | |

## FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

**NOW INTO COURT**, come plaintiffs Vijoy Jacob and Susan Jacob, and, pursuant to the order of Court allowing the filing of this pleading, amend and supplement their Complaint as follows:

I.

The following additional named parties are made defendants herein:

a. New Hampshire Insurance Company, a foreign insurance company authorized to do and doing business in the State of Louisiana;

b. U.S. Trucking, Inc., a foreign corporation doing business in the State of Louisiana;

II.

Plaintiffs adopt by reference and incorporate same in this First Amended and Supplemental Complaint Paragraphs II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII and pleads

1

said allegations against U.S. Trucking, Inc. and New Hampshire Insurance Company.

III.

At the time of the accident Ronnie Goins was acting in the course and scope of his employment by U.S. Trucking, Inc., and was the statutory employee of Landstar Ligon, Inc., and both are vicariously liable and responsible for the acts of negligence and damages caused by Ronnie Goins in causing the accident.

IV.

At all material times, including the time of the accident, Ronnie Goins, Landstar Ligon, Inc. and U.S. Trucking, Inc. were insured under one or more policies of liability insurance issued by New Hampshire Insurance Company, who is named herein as a defendant pursuant to the provisions of the Louisiana Direct Action Statute.

V.

Plaintiffs adopt Paragraphs XVI, XVIII, XIX and XX in the original Complaint and plead that they are applicable to the newly added defendants U.S. Trucking, Inc. and New Hampshire Insurance Company.

**WHEREFORE**, Plaintiffs pray that the original defendants and defendants added in this First Supplemental and Amended Complaint be cited and served, and that after due proceedings there be judgment in favor of plaintiffs, Vijoy Jacob and Susan Jacob, and against defendants, Landstar Ligon, Inc., U.S. Trucking, Inc., and Ronnie Goins, jointly, severally, solidarily, and vicariously for such sums as are reasonable in the premises

together with legal interest thereon from due date of judicial demand until paid and for all costs of these proceedings; and for all general and equitable relief; and that all expert witness fees be taxed as costs of court.

    Respectfully submitted,

    **LAW OFFICES OF ROBERT M. JOHNSTON, LLC**


    /S/ ROBERT M. JOHNSTON
    **ROBERT M. JOHNSTON T.A. (#7339)**
    400 Poydras Street, Suite 2450
    New Orleans, Louisiana 70130
    Tele:  (504) 561-7799
    Fax:   (504) 587-3794

    and

    /S/ MICHAEL HINGLE
    **MICHAEL HINGLE (#6943)**
    **MICHAEL HINGLE & ASSOCIATES, L.L.C.**
    14281 University Avenue
    Hammond, Louisiana 70404
    Tele:  985-542-5500

    **ATTORNEYS FOR VIJOY JACOB AND SUSAN JACOB**

**PLEASE SERVE, with a copy of the Original Complaint and First Supplemental and Amended Complaint:**

NEW HAMPSHIRE INSURANCE COMPANY,
through Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**PLEASE SERVE, with a copy of the**
**Original Complaint and First Supplemental**
**and Amended Complaint:**

U.S. TRUCKING, INC.
Through Kyle P. Kirsch
McCranie, Sistrunk, Anzelmo,
 Hardy, McDaniel & Welch
400 Lafayette Street
Suite 100
New Orleans, LA 70130

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding via facsimile, and/or e-mail, and/or by depositing in the United States mail, properly addressed and first class postage prepaid, on this __30th__ day of __June__, 2011.

/S/ Robert M. Johnston