## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VIJOY JACOB AND** | * | **CIVIL ACTION No. 2:10-cv-01889** |
| **SUSAN JACOB** | * | |
| **Plaintiff** | * | **SECTION "L"** |
| | * | |
| **VERSUS** | * | **JUDGE FALLON** |
| | * | |
| **LANDSTAR LIGON, INC.** | * | **MAGISTRATE NO. 2** |
| **CHARLES MOORE AND** | * | |
| **RONNIE GOINS** | * | **MAGISTRATE WILKINSON** |
| | * | |
| **Defendants** | * | **A JURY IS DEMANDED** |

* * * * * * * * * * * * * * * * * * * * * * *

### JUDGMENT

Considering the above and foregoing Rule 41 Stipulation of Dismissal:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims in the captioned matter are hereby dismissed with prejudice.

New Orleans, Louisiana, this ___7th___ day of _____March_____, 2012.

_____
United States District Judge

